United States District Court
Southern District of Texas
**ENTERED**
October 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRY SHELBY, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1549 |
| | § | |
| BOXER PROPERTY MANAGEMENT CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Compel List of Potential Opt-Ins and Enforce Conditional Certification Order. (Doc. No. 38.) Plaintiffs' motion concerns those employees of Defendant Boxer Property Management who potentially qualify for the conditionally certified class but that have not yet been formally identified as such and given notice of the lawsuit. Having heard argument at a hearing on October 4, 2017, the Court orders the following:

- Upon receipt of a list of potentially qualifying individuals from Plaintiffs, estimated to be roughly twenty in number, Defendant shall produce their contact information so that notice may be given;

- Defendant shall make a diligent inquiry to identify potential class members employed at Defendant's California location;

- The 75-day notice period shall begin when the names and contact information of the potential class members are given to Plaintiffs' counsel.

1

Plaintiffs' request that the Court order Defendant's general counsel to make a sworn declaration is denied.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 4th day of October, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE