AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| SHERRY SHELBY, individually and on behalf of<br>all others similarly situated<br>v.<br>BOXER PROPERTY MANAGEMENT<br>CORPORATION | )<br>)<br>)<br>)<br>) |

Case No.: 4:16-cv-1549

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/23/2020___ against ___Plaintiffs___ ,
                                                                        Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,421.86 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 27,751.94 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are<br>necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,316.56 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 81,362.40 |
| TOTAL  $ | 124,852.76 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: _____

   s/ Attorney:      /s/ Teresa Valderrama

      Name of Attorney:  Teresa Valderrama

For: _____BOXER PROPERTY MANAGEMENT CORPORATION_____  Date: ___04/02/2020___
              *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | **TOTAL** | | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Fees for Service of Summons and Subpoena

# INVOICE



**CCR**
HOUSTON

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316955 | 8/20/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21807.001 | 8/10/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Houston Realtors Information Services, Inc. | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Houston Realtors Information Service, Inc.<br><br>c/o Reg. Agt. - Grant P. Harpold<br>2229 San Felipe, Sutie 1000<br>Houston, TX 77019 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:
    Houston Realtors Information Services, Inc. (Any & All Records)             115.00

**TOTAL DUE >>>**      **$115.00**
AFTER 9/19/2018 PAY     $124.20

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  *************
********** www.TexasDepos.com ***********

Tax ID: 76-0326397                                                        Phone: 713-292-0150   Fax:

---

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.   : 21807.001       BU ID      : 1-HOURE
Case No.   : 4:16-CV-01549
Case Name  : Sherry Shelby, Indv. and on Behalf of others vs.
              Boxer Property Mgmt Corporation

Invoice No.  : 316955        Invoice Date   : 8/20/2018
**Total Due   : $115.00**
AFTER 9/19/2018 PAY  $124.20

Remit To:   **CONTINENTAL COURT REPORTERS, INC.**
           **P.O.BOX 1145**
           **HOUSTON, TX 77251-1145**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

40909. 0005

# INVOICE



**Continental Court Reporters, Inc.**
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 317478 | 4/4/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 22092.001 | 3/20/2019 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Service of Trial Subpoena to Rodney Hale | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002



| Records From | Ordered By | Reference Info. |
|---|---|---|
| Rodney Hale<br><br>16106 Cooper Gables Lane<br>Cypress, TX  77429 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA/SUMMONS/CITATION:
  Service of Trial Subpoena to Rodney Hale (Service of Subpoena - Trial)                303.45

**TOTAL DUE >>>**                                                            **$303.45**
AFTER 4/19/2019  PAY                                                         $327.73

*** Due upon receipt and is not contingent on client payment ***

************* T H A N K   Y O U !  *************
*********** www.TexasDepos.com  ***********

**Tax ID: 76-0326397**                                     Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002

Order No.   : 22092.001        BU ID        : 1-HOURE
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
              Boxer Property Mgmt Corporation

Invoice No. : 317478            Invoice Date  : 4/4/2019
**Total Due  : $ 303.45**
AFTER 4/19/2019 PAY $327.73

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O.BOX 1145**
          **HOUSTON, TX 77251-1145**

40909.0005

# INVOICE



**Continental Court Reporters, Inc.**
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

HOUSTON

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 317479 | 4/4/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 22093.001 | 3/20/2019 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Service of Trial Subpoena to Lauren Hafner | | |



Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Lauren Hafner<br><br>4509 De Lange Lane<br>Houston, TX 77092 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA/SUMMONS/CITATION:

    Service of Trial Subpoena to Lauren Hafner (Service of Subpoena - Trial)        278.67

**TOTAL DUE >>>**     **$278.67**

AFTER 4/19/2019 PAY    $300.96

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  ************
*********** www.TexasDepos.com ***********

Tax ID: 76-0326397           Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002

Order No.   : 22093.001      BU ID     :1-HOURE

Case No.   : 4:16-CV-01549

Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
               Boxer Property Mgmt Corporation

Invoice No. : 317479      Invoice Date :4/4/2019

**Total Due  : $ 278.67**

AFTER 4/19/2019 PAY $300.96

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
        **P.O.BOX 1145**
        **HOUSTON, TX  77251-1145**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:         Phone#: | |
| Billing Address: | |
| Zip:    Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

40909.0008



**REMIT TO: P.O.Box 1145, Houston, TX 77251**

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 317487 | 4/9/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 22094.001 | 3/20/2019 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Barbara Michaelis | | |



Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Barbara Michaelis<br><br>2434 Fairway Pointe Drive<br>League City, TX 77573 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:

   Barbara Michaelis (Service of Subpoena - Trial)                            353.14

**TOTAL DUE >>>**    **$353.14**
AFTER 4/24/2019 PAY    $381.39

*** Rush Service of Subpoena to Barbara Michaelis
at 2434 Fairway Pointe Drive, League City, TX 77573. ***

*** Due upon receipt and is not contingent on client payment ***

*********** T H A N K  Y O U !  **************
********** www.TexasDepos.com ***********

**Tax ID: 76-0326397**                                        Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| | | | |
|---|---|---|---|
| Order No. | : 22094.001 | BU ID | :1-HOURE |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, Indv. and on Behalf of others vs.<br>  Boxer Property Mgmt Corporation | | |
| Invoice No. | : 317487 | Invoice Date | :4/9/2019 |

**Total Due : $ 353.14**
AFTER 4/24/2019 PAY $381.39

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
            **P.O.BOX 1145**
            **HOUSTON, TX 77251-1145**

40909.0005

# INVOICE

**CCR**
HOUSTON

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 317460 | 3/29/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 22090.001 | 3/20/2019 | 4:16-CV-01549 |
| **Case Name** | | |

Sherry Shelby, Indv. and on Behalf of others vs. Boxer
Property Mgmt Corporation

| **Records Pertaining To** |
|---|

Service of Trial Subpoena to Alex Marsh

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002



| Records From | Ordered By | Reference Info. |
|---|---|---|
| Mr. Alex Marsh<br><br>24 Hour Fitness<br>25632 US-290<br>Cypress, TX 77429 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA/SUMMONS/CITATION:
　　Service of Trial Subpoena to Alex Marsh (Service of Subpoena - Trial)　　　　　　　　256.55

　　　　　　　　　　　　　　　　　　　　　**TOTAL DUE  >>>**　　　　**$256.55**
　　　　　　　　　　　　　　　　　　　　　AFTER 4/13/2019  PAY　　　　$277.07

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  *************
*********** www.TexasDepos.com ***********

**Tax ID: 76-0326397**　　　　　　　　　　　　　　　　　　　　　Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.　:  22090.001　　　BU ID　　:1-HOURE
Case No.　:  4:16-CV-01549
Case Name :  Sherry Shelby, Indv. and on Behalf of others vs.
　　　　　　　Boxer Property Mgmt Corporation
Invoice No. :  317460　　　　Invoice Date :3/29/2019
**Total Due  :  $ 256.55**
AFTER 4/13/2019 PAY $277.07

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　　　　　Phone#:
Billing Address:
Zip:　　　　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **CONTINENTAL COURT REPORTERS, INC.**
　　　　　　**P.O.BOX 1145**
　　　　　　**HOUSTON, TX  77251-1145**

40909.0005

# INVOICE



**Continental Court Reporters, Inc.**
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 317459 | 3/29/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 22091.001 | 3/20/2019 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Service of Trial Subpoena to Casey Cox | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002



| Records From | Ordered By | Reference Info. |
|---|---|---|
| Mr. Casey Cox<br><br>24 Hour Fitness<br>25632 US-290<br>Cypress, TX 77429 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA/SUMMONS/CITATION:

    Service of Trial Subpoena to Casey Cox (Service of Subpoena - Trial)            231.55

                                               **TOTAL DUE >>>**     **$231.55**
                                               AFTER 4/13/2019 PAY     $250.07

\*\*\* Due upon receipt and is not contingent on client payment \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* T H A N K   Y O U ! \*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\* www.TexasDepos.com \*\*\*\*\*\*\*\*\*\*\*

Tax ID: 76-0326397                                            Phone: 713-292-0150    Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.   : 22091.001         BU ID      : 1-HOURE
Case No.   : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation

Invoice No. : 317459         Invoice Date :3/29/2019
**Total Due  : $ 231.55**
AFTER 4/13/2019 PAY $250.07

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O.BOX 1145**
          **HOUSTON, TX 77251-1145**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316935 | 8/8/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21802.001 | 8/3/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Kids R Kids Pearland, TX | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Kids R. Kids Pearland TX<br><br>c/o Reg. Agent - Stephen A. Mendel<br>1155 Dairy Ashford, Suite 104<br>Houston, TX  77079 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA/SUMMONS/CITATION:
    Kids R Kids Pearland, TX (Any & All Records)                    115.00

                      **TOTAL DUE  >>>**        **$115.00**
                      AFTER 9/7/2018  PAY       $124.20

*** Rush Service of Subpoena to Kids R. Kids Pearland TX
c/o Reg. Agent - Stephen A. Mendel 1155 Dairy Ashford,
Suite 104, Houston, TX  77079. ***

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  *************
********** www.TexasDepos.com  ***********

**Tax ID:** 76-0326397                                         Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX  77002

Order No.   : 21802.001        BU ID      : 1-HOURE
Case No.    : 4:16-CV-01549
Case Name  : Sherry Shelby, Indv. and on Behalf of others vs.
               Boxer Property Mgmt Corporation

Invoice No. : 316935          Invoice Date :8/8/2018
**Total Due**  : **$ 115.00**
AFTER 9/7/2018 PAY $124.20

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
           **P.O.BOX 1145**
           **HOUSTON, TX  77251-1145**

# INVOICE



**Continental Court Reporters, Inc.**
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316918 | 7/31/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21768.001 | 7/12/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Houston Association of Relators, Inc. | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Houston Association of Realtors, Inc.<br><br>c/o Reg. Agt. - Grant P. Harpold<br>2229 San Felipe, Sutie 1000<br>Houston, TX 77019 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:
    Houston Association of Relators, Inc. (Service of Subpoena - Documents)           140.00

          **TOTAL DUE >>>**      **$140.00**
          AFTER 8/30/2018 PAY      $151.20

\*\*\* Rush Service of Subpoena to Houston Association of Realtors, Inc.
c/o Reg. Agt. - Grant P. Harpold 2229 San Felipe, Sutie 1000,
Houston, TX 77019. \*\*\*

\*\*\* Due upon receipt and is not contingent on client payment \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* T H A N K   Y O U !  \*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\* www.TexasDepos.com  \*\*\*\*\*\*\*\*\*\*\*

**Tax ID: 76-0326397**

Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.   : 21768.001     BU ID     :1-HOURE
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
                  Boxer Property Mgmt Corporation

Invoice No. : 316918       Invoice Date :7/31/2018
**Total Due  : $ 140.00**
AFTER 8/30/2018 PAY $151.20

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O.BOX 1145**
          **HOUSTON, TX 77251-1145**

# INVOICE



**CCR**
HOUSTON

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316875 | 7/16/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21771.001 | 7/12/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| 24 Hour Fitness USA, Inc. | | |

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| 24 Hour Fitness USA, Inc.<br><br>c/o Reg. Agt. - Corporation Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>333 Clay Street, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:

    24 Hour Fitness USA, Inc. (Service of Subpoena - Documents)        115.00

**TOTAL DUE >>>**    **$115.00**
AFTER 8/15/2018 PAY    $124.20

\*\*\* Rush Service of Subpoena to 24 Hour Fitness USA, Inc.
c/o Reg. Agt. - Corporation Service Company at
211 E. 7th Street, Suite 620, Austin, TX 78701. \*\*\*

\*\*\* Due upon receipt and is not contingent on client payment \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* T H A N K  Y O U !  \*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\* www.TexasDepos.com \*\*\*\*\*\*\*\*\*\*\*

Tax ID: 76-0326397

Phone: 713-292-0150    Fax:

---

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

Order No.  : 21771.001    BU ID    :1-HOURE
Case No.   : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
                Boxer Property Mgmt Corporation

Invoice No. : 316875     Invoice Date :7/16/2018

**Total Due  : $ 115.00**
AFTER 8/15/2018 PAY $124.20

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O.BOX 1145**
          **HOUSTON, TX 77251-1145**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**CCR**
HOUSTON

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316877 | 7/16/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21770.001 | 7/12/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Starbucks Corporation | | |

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Starbucks Corporation d/b/a Starbucks Coffee Company<br><br>c/o Reg. Agt. - Corporation Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>333 Clay Street, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA

    Starbucks Corporation (Service of Subpoena - Documents)      115.00

**TOTAL DUE >>>**     **$115.00**
AFTER 8/15/2018 PAY     $124.20

*** Rush Service of Subpoena to Starbucks Corporation d/b/a Starbucks
Coffee Company c/o Reg. Agt. - Corporation Service Company
at 211 E. 7th Street, Suite 620, Austin, TX 78701. ***

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K  Y O U !  *************
*********** www.TexasDepos.com ***********

**Tax ID:** 76-0326397                                        Phone: 713-292-0150    Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

Order No.   : 21770.001       BU ID        : 1-HOURE
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
                 Boxer Property Mgmt Corporation

Invoice No. : 316877         Invoice Date :7/16/2018
**Total Due** : **$ 115.00**
AFTER 8/15/2018 PAY $124.20

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
             **P.O.BOX 1145**
             **HOUSTON, TX 77251-1145**

# INVOICE



**CCR**
**HOUSTON**

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316876 | 7/16/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21769.001 | 7/12/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Capital One/Capital One Bank | | |

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Capital One/Capital One Bank<br><br>c/o Reg. Agt. - Cororation Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>333 Clay Street, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:
   Capital One/Capital One Bank (Service of Subpoena - Documents)          115.00

| | |
|---|---|
| **TOTAL DUE  >>>** | **$115.00** |
| AFTER 8/15/2018 PAY | $124.20 |

*** Rush Service of Subpoena to Capital One/Capital One Bank
c/o Reg. Agt. - Cororation Service Company at 211 E. 7th Street,
Suite 620, Austin, TX 78701. ***

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  ************
*********** www.TexasDepos.com ***********

Tax ID: 76-0326397

Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
333 Clay Street, Suite 4000
Houston, TX 77002

Order No.  : 21769.001     BU ID     :1-HOURE
Case No.   : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
             Boxer Property Mgmt Corporation

Invoice No. : 316876      Invoice Date :7/16/2018
**Total Due  : $ 115.00**
AFTER 8/15/2018 PAY  $124.20

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
        **P.O.BOX 1145**
        **HOUSTON, TX 77251-1145**

# INVOICE

**CCR** HOUSTON

Continental Court Reporters, Inc.
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316884 | 7/17/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21767.001 | 7/12/2018 | 4:16-CV-01549 |

| Case Name |
|---|
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation |
| **Records Pertaining To** |
| Advocare International, LP |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Advocare International, LP<br><br>c/o Reg. Agt. - Lee Wilkins (CT Corporation System)<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:

    Advocare International, LP (Service of Subpoena - Documents)       158.50

**TOTAL DUE >>>**   **$158.50**
AFTER 8/16/2018 PAY   $171.18

\*\*\* Rush Service of Subpoena to Advocare International, LP
c/o Reg. Agt. - Lee Wilkins (CT Corporation System)
1999 Bryan Street, Suite 900, Dallas, TX 75201. \*\*\*

\*\*\* Due upon receipt and is not contingent on client payment \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\* T H A N K  Y O U !  \*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\* www.TexasDepos.com \*\*\*\*\*\*\*\*\*\*\*

Tax ID: 76-0326397                                        Phone: 713-292-0150   Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.   : 21767.001       BU ID      : 1-HOURE
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation

Invoice No. : 316884       Invoice Date : 7/17/2018
**Total Due** : **$ 158.50**
AFTER 8/16/2018 PAY $171.18

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
         **P.O.BOX 1145**
         **HOUSTON, TX 77251-1145**

# INVOICE



**Continental Court Reporters, Inc.**
Records Department
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O.Box 1145, Houston, TX 77251**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 316886 | 7/17/2018 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 21776.001 | 7/16/2018 | 4:16-CV-01549 |
| **Case Name** | | |
| Sherry Shelby, Indv. and on Behalf of others vs. Boxer Property Mgmt Corporation | | |
| **Records Pertaining To** | | |
| Champions School of Real Estate | | |

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Champions School of Real Estate<br><br>5627 Cypress Creek Parkway, #100<br>Houston, TX 77069 | Teresa S. Valderrama<br>Fisher & Phillips LLP<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

RUSH SERVICE OF SUBPOENA:

   Champions School of Real Estate (Service of Subpoena - Documents)       125.00

**TOTAL DUE >>>**     **$125.00**
AFTER 8/16/2018 PAY     $135.00

*** Rush Service of Subpoena to Champions School of Real Estate
at 5627 Cypress Creek Parkway, #100, Houston, TX 77069. ***

*** Due upon receipt and is not contingent on client payment ***

************ T H A N K   Y O U !  *************
*********** www.TexasDepos.com ***********

Tax ID: 76-0326397                                              Phone: 713-292-0150    Fax:

*Please detach bottom portion and return with payment.*

Teresa S. Valderrama
Fisher & Phillips LLP
910 Louisiana, Suite 4000
Houston, TX 77002

Order No.   : 21776.001         BU ID        :1-HOURE
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby, Indv. and on Behalf of others vs.
                 Boxer Property Mgmt Corporation

Invoice No. : 316886         Invoice Date :7/17/2018
**Total Due  : $ 125.00**
AFTER 8/16/2018 PAY $135.00

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O.BOX 1145**
          **HOUSTON, TX 77251-1145**

# Fees for Printed or Electronically Recorded Transcripts

# INVOICE



**888-893-3767 / Reporting**
**713-460-2525 / Fax**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 486375 | 5/16/2018 | 357140 |
| **Job Date** | **Case No.** | |
| 4/26/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---:|
| Lauren Nichole Shepperd | 159.00 Pages | @ | 5.30 | 842.70 |
| Exhibit | 33.00 Pages | @ | 0.65 | 21.45 |
| Courier/Local Shipping & Handling Delivery Fee | | | 20.00 | 20.00 |
| Etranscript-Email | | | 30.00 | 30.00 |
| Admin/O/1 | | | 70.00 | 70.00 |
| Obtain Witness Signature/ Filing Requirements - Original | | | 45.00 | 45.00 |

**TOTAL DUE >>>**   **$1,029.15**

AFTER 6/15/2018 PAY   $1,044.59

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |

Tax ID: 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 357140 | BU ID | : HOU-R |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 486375 | Invoice Date | : 5/16/2018 |
| **Total Due** | : **$1,029.15** | | |

Remit To:   **Lexitas**
**P.O. Box 4227**
**Houston, TX 77210-4227**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**888-893-3767 / Reporting**
**713-460-2525 / Fax**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 485805 | 5/10/2018 | 357137 |
| **Job Date** | **Case No.** | |
| 4/26/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | | | |
|---|---|---|---|---|---|
| Charge for Certificate of Non-Appearance for the Deposition of: | | | | | |
| Crystal Cook - Certificate of Nonappearance | | | | | |
| Exhibit | | 18.00 Pages | @ | 0.65 | 11.70 |
| Certificate of Nonappearance | | | | 275.00 | 275.00 |
| Etranscript-Email | | | | 30.00 | 30.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$316.70** |
| AFTER 6/9/2018 PAY | $321.45 |

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 316.70 |

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 357137 | BU ID | : HOU-R | |
| Case No. | : 4:16-CV-01549 | | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | | |
| Invoice No. | : 485805 | Invoice Date | : 5/10/2018 | |
| **Total Due** | : **$316.70** | | | |

Remit To: **Lexitas**
**P.O. Box 4227**
**Houston, TX 77210-4227**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**888-893-3767 / Reporting**
**713-460-2525 / Fax**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 486375 | 5/16/2018 | 357140 |

| Job Date | Case No. | |
|---|---|---|
| 4/26/2018 | 4:16-CV-01549 | |

| Case Name | |
|---|---|
| Sherry Shelby, et al vs. Boxer Property Management Corporation | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Lauren Nichole Shepperd

| | |
|---|---|
| | 1,029.15 |
| **TOTAL DUE >>>** | **$1,029.15** |
| AFTER 6/15/2018  PAY | $1,044.59 |

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 1,029.15 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 357140 | BU ID | : HOU-R |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 486375 | Invoice Date | : 5/16/2018 |
| **Total Due** | **: $1,029.15** | | |

| PAYMENT WITH CREDIT CARD | AMEX ___ VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Lexitas**
**P.O. Box 4227**
**Houston, TX 77210-4227**

# INVOICE



**888-893-3767 / Reporting**
**713-460-2525 / Fax**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 482772 | 4/20/2018 | 357136 |

| Job Date | Case No. | |
|---|---|---|
| 4/5/2018 | 4:16-CV-01549 | |

| Case Name | | |
|---|---|---|
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Rodney Hale                               509.70

| | |
|---|---|
| **TOTAL DUE >>>** | **$509.70** |
| AFTER 5/20/2018  PAY | $517.35 |

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 509.70 |

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

| | | | |
|---|---|---|---|
| Job No. | : 357136 | BU ID | : HOU-R |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 482772 | Invoice Date | : 4/20/2018 |
| **Total Due** | **: $509.70** | | |

Remit To:   **Lexitas**
           **P.O. Box 4227**
           **Houston, TX  77210-4227**

| PAYMENT WITH CREDIT CARD | AMEX / / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# LEXITAS™

888-893-3767 / Reporting
713-460-2525 / Fax

**RECEIVED**

APR 2 6 2018

BY: ...........................

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 483177 | 4/24/2018 | 355972 |
| **Job Date** | **Case No.** | |
| 4/3/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Sherry Renee Shelby

| | 2,163.60 |
|---|---|
| **TOTAL DUE >>>** | **$2,163.60** |
| AFTER 5/24/2018 PAY | $2,196.05 |

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 355972 | BU ID | : HOU-R |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 483177 | Invoice Date | : 4/24/2018 |
| **Total Due** | **: $ 2,163.60** | | |

AFTER 5/24/2018 PAY $2,196.05

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Lexitas**
**P.O. Box 4227**
**Houston, TX 77210-4227**

# I N V O I C E

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140036433 | 3/9/2018 | 261878 |
| Job Date | Case No. | |
| 2/21/2018 | 416CV01549 | |
| Case Name | | |
| Sherry Shelby v. Boxer Property Management Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX  77002

| | | | | | |
|---|---|---|---|---|---|
| ELECTRONIC COPY OF DEPOSITION OF | | | | | |
| Betty Jean Larson | 75.00 | Pages | @ | 1.81 | 135.75 |
| Administrative Fee | | | | 65.00 | 65.00 |
| Video Pages Copy | 66.00 | Pages | @ | 0.10 | 6.60 |
| Exhibit Scanning | 10.00 | | @ | 0.55 | 5.50 |
| Lit Support Package | | | | 35.00 | 35.00 |

**TOTAL DUE  >>>**  **$247.85**
AFTER 4/23/2018 PAY  $285.03

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238

Phone: 713-292-5604    Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 140036433 |
| Invoice Date | : | 3/9/2018 |
| **Total Due** | : | **$247.85** |
| AFTER 4/23/2018 PAY $285.03 | | |

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 261878 |
| BU ID | : | 1-HOU |
| Case No. | : | 416CV01549 |
| Case Name | : | Sherry Shelby v. Boxer Property Management Corporation |

# I N V O I C E

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140035530 | 2/28/2018 | 261801 |
| Job Date | Case No. | |
| 2/20/2018 | 416CV01549 | |
| Case Name | | |
| Sherry Shelby v. Boxer Property Management Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX  77002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Betty Jean Larson | 115.00 | Pages | @ | 1.65 | 189.75 |
| Administrative Fee | | | | 65.00 | 65.00 |
| Video Pages Copy | 104.00 | Pages | @ | 0.10 | 10.40 |
| Lit Support Package | | | | 35.00 | 35.00 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| Delivery Regular | | | | 20.00 | 20.00 |
| | | | **TOTAL DUE >>>** | | **$335.15** |
| | | | AFTER 4/14/2018 PAY | | $385.42 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238

Phone: 713-292-5604    Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX  77002

| Invoice No. | : | 140035530 |
|---|---|---|
| Invoice Date | : | 2/28/2018 |
| **Total Due** | : | **$335.15** |
| AFTER 4/14/2018 PAY | | $385.42 |

| | | |
|---|---|---|
| Job No. | : | 261801 |
| BU ID | : | 1-HOU |
| Case No. | : | 416CV01549 |
| Case Name | : | Sherry Shelby v. Boxer Property Management Corporation |

Remit To:  **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

# INVOICE

Liberty Litigation Support LLC
7171 Highway 6 North, Suite 250
Houston, TX 77095
Phone:(281) 200-5310   Fax:(713) 533-8997

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22184 | 7/2/2018 | 14029 |
| **Job Date** | **Case No.** | |
| 6/28/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corp. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Rodney Hale | 128.00 | Pages | 1,094.40 |
| Exhibit | 59.00 | Pages | 14.75 |
| ADMIN FEE | | | 100.00 |
| EXHIBIT TABS | 9.00 | | 2.25 |
| WITNESS SIGNATURE FEE | | | 20.00 |
| DELIVERY | | | 20.00 |
| (TAXABLE $1,251.40) | | | |

**TOTAL DUE >>>**     **$1,251.40**

Thank you for your business.

**Tax ID: 45-3956575**

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 14029 | BU ID | : HOU-DEP |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corp. | | |
| Invoice No. | : 22184 | Invoice Date | :7/2/2018 |
| **Total Due** | **: $ 1,251.40** | | |

Remit To: **Liberty Litigation Support LLC**
**7171 Highway 6 North, Suite 250**
**Houston, TX 77095**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE

Liberty Litigation Support LLC
7171 Highway 6 North, Suite 250
Houston, TX 77095
Phone:(281) 200-5310   Fax:(713) 533-8997

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22301 | 7/27/2018 | 14196 |
| **Job Date** | **Case No.** | |
| 7/19/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Crystal Cook                                           858.50

   (TAXABLE $858.50)

                                       **TOTAL DUE >>>**      **$858.50**

Thank you for your business.

**Tax ID:** 45-3956575

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 14196 | BU ID | : HOU-DEP |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corp. | | |
| Invoice No. | : 22301 | Invoice Date | : 7/27/2018 |
| **Total Due** | **: $ 858.50** | | |

Remit To:  **Liberty Litigation Support LLC**
              **7171 Highway 6 North, Suite 250**
              **Houston, TX 77095**

| PAYMENT WITH CREDIT CARD    AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:             Phone#: |
| Billing Address: |
| Zip:          Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

Liberty Litigation Support LLC
7171 Highway 6 North, Suite 250
Houston, TX 77095
Phone:(281) 200-5310   Fax:(713) 533-8997

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22190 | 7/2/2018 | 14028 |
| **Job Date** | **Case No.** | |
| 6/29/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

| | |
|---|---|
| Certificate of Nonappearance for the Deposition of | |
| Crystal Cook | 250.00 |
| (TAXABLE  $250.00) | |
| | **TOTAL DUE  >>>**     **$250.00** |

Thank you for your business.

**Tax ID:** 45-3956575

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

Job No.     : 14028          BU ID        : HOU-DEP
Case No.    : 4:16-CV-01549
Case Name : Sherry Shelby v. Boxer Property Management
                   Corp.
Invoice No. : 22190          Invoice Date :7/2/2018
**Total Due  : $ 250.00**

Remit To: **Liberty Litigation Support LLC**
                **7171 Highway 6 North, Suite 250**
                **Houston, TX 77095**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

Liberty Litigation Support LLC
7171 Highway 6 North, Suite 250
Houston, TX 77095
Phone:(281) 200-5310   Fax:(713) 533-8997

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22113 | 6/21/2018 | 14003 |
| **Job Date** | **Case No.** | |
| 6/5/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

| | |
|---|---|
| Video Services and Mpeg Copy for the Deposition of Rodney Hale and Crystal Cook - LATE CANCELLATION (TAXABLE $275.00) | 275.00 |
| **TOTAL DUE >>>** | **$275.00** |

Thank you for your business.

**RECEIVED**
JUN 2 5 2018
BY: .............................

**Tax ID:** 45-3956575

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana St., Suite 4000
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 14003 | BU ID | : HOU-VID |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corp. | | |
| Invoice No. | : 22113 | Invoice Date | : 6/21/2018 |
| **Total Due** | : **$ 275.00** | | |

Remit To: **Liberty Litigation Support LLC**
**7171 Highway 6 North, Suite 250**
**Houston, TX 77095**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140049796 | 8/21/2018 | 272860 |

| Job Date | Case No. | |
|---|---|---|
| 8/1/2018 | 416CV01549 | |

| Case Name | |
|---|---|
| Sherry Shelby v. Boxer Property Management Corporation | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX  77002

ELECTRONIC COPY OF DEPOSITION OF

| | | | | |
|---|---|---|---|---|
| John Rentz | 312.00 Pages | @ | 3.15 | 982.80 |
| Administrative Fee | | | 65.00 | 65.00 |
| Video Pages Copy | 281.00 Pages | @ | 0.10 | 28.10 |
| Exhibit Scanning | 124.00 Pages | @ | 0.55 | 68.20 |
| Lit Support Package | | | 50.00 | 50.00 |

TOTAL DUE  >>>                          **$1,194.10**
AFTER 10/5/2018  PAY                      $1,373.22

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Tax ID: 76-0523238                                            Phone: 713-292-5604    Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 140049796 |
| Invoice Date | : | 8/21/2018 |
| **Total Due** | : | **$1,194.10** |
| AFTER 10/5/2018 PAY | | $1,373.22 |

Remit To:   **U.S. Legal Support**
                   **P.O. Box 4772-14**
                   **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 272860 |
| BU ID | : | 1-HOU |
| Case No. | : | 416CV01549 |
| Case Name | : | Sherry Shelby v. Boxer Property Management Corporation |

INV# 073118

# Cindy Afanador
COURT REPORTING INC
P.0.BOX 984
KINGS PARK, N.Y.11754
1877 337-6968

## CASE CAPTION

| Attorney: TERESA VALDERRAMA,ESQ |
|---|
| Firm :   FISHER & PHILLIPS LLP |

SHERRY SHELBY
-VS-
BOXER PROPERTY MANAGEMENT
CORPORATION,

| Job Date | WITNESS | DEPOSITION Service Provided | RATE |
|---|---|---|---|
| 8-6-18 | STEPHEN FUREY | ORIGINAL TRANSCRIPT | 407.00 |
| | | VIDEO-CONFERENCING | |
| | | 2 hr minimum @ 175.00 per hr | 350.00 |
| | | REPORTER /CONFERENCE ROOM | 150.00 |
| | | Delivery charge | 00 |
| | | PARKING | 50.50 |

*unauthorized charge* TV

TAX ID #  27-1301126                    TOTAL DUE        957.50

- 200.50
757.00    $757.00

| Attorney : | TERESA VALDERRAMA,ESQ |
|---|---|
| Firm : | FISHER & PHILLIPS LLP |

## AMOUNT DUE  957.50

Remit To:   **Cindy Afanador**
COURT REPORTING INC
P.O.BOX 984
KINGS PARK, N.Y. 11754
(516) 491-2694    1 877-337-6968

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140049795 | 8/24/2018 | 272862 |
| **Job Date** | **Case No.** | |
| 8/2/2018 | 416CV01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX 77002

| | | | | | |
|---|---|---|---|---|---|
| ELECTRONIC COPY OF DEPOSITION OF | | | | | |
| Alex Kakhnovets | 256.00 | Pages | @ | 3.15 | 806.40 |
| Administrative Fee | | | | 65.00 | 65.00 |
| Video Pages Copy | 230.00 | Pages | @ | 0.10 | 23.00 |
| Exhibit Scanning | 186.00 | | @ | 0.55 | 102.30 |
| Lit Support Package | | | | 50.00 | 50.00 |
| ELECTRONIC COPY OF DEPOSITION OF | | | | | |
| Alex Kakhnovets - Confidential Portion | 55.00 | Pages | @ | 3.15 | 173.25 |
| Video Pages Copy | 48.00 | Pages | @ | 0.10 | 4.80 |

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$1,224.75** |
| AFTER 10/8/2018 PAY | $1,408.46 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238

Phone: 713-292-5604    Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX 77002

Invoice No.      :   140049795
Invoice Date    :   8/24/2018
**Total Due**       :   **$1,224.75**
AFTER 10/8/2018 PAY  $1,408.46

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-14**
            **Houston, TX 77210-4772**

Job No.        :   272862
BU ID          :   1-HOU
Case No.       :   416CV01549
Case Name      :   Sherry Shelby v. Boxer Property
                   Management Corporation

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140050918 | 8/31/2018 | 272861 |

| Job Date | Case No. | |
|---|---|---|
| 8/1/2018 | 416CV01549 | |

| Case Name |
|---|
| Sherry Shelby v. Boxer Property Management Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX  77002

Corp Rep of Boxer Property Management Corporation *Video

| | | | | |
|---|---|---|---|---|
| Videotape Copy | 0.00  Clips | @ | 70.00 | 0.00 |
| Video Conversion - CD/DVD/MPEG | | | 30.00 | 30.00 |
| Videotape Delivery | | | 15.00 | 15.00 |

**TOTAL DUE >>>**                                      **$45.00**
AFTER 10/15/2018  PAY                          $51.75

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees
and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                      Phone: 713-292-5604   Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
333 Clay St.
Suite 4000
Houston, TX  77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 272861 | BU ID | : 1-HOU | |
| Case No. | : 416CV01549 | | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corporation | | | |
| Invoice No. | : 140050918 | Invoice Date | : 8/31/2018 | |
| **Total Due** | : **$45.00** | | | |

AFTER 10/15/2018  PAY  $51.75

**PAYMENT WITH CREDIT CARD**                 AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-14**
            **Houston, TX   77210-4772**

# I N V O I C E

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140048871 | 8/8/2018 | 272863 |

| Job Date | Case No. | |
|---|---|---|
| 8/2/2018 | 416CV01549 | |

| Case Name |
|---|
| Sherry Shelby v. Boxer Property Management Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX 77002

VIDEOTAPE SERVICES OF:

    Alex Kakhnovets Corp Rep of Boxer Property Management Corporation
    *Video

| | | | | |
|---|---|---|---|---|
|     Videotape Copy | 5.00  Clips | @ | 70.00 | 350.00 |
|     Video Conversion - CD/DVD/MPEG | | | 30.00 | 30.00 |
|     Videotape Delivery | | | 15.00 | 15.00 |

**TOTAL DUE >>>**                         **$395.00**
AFTER 9/22/2018  PAY             $454.25

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                            Phone: 713-292-5604   Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 272863 | BU ID | : 1-HOU |
| Case No. | : 416CV01549 | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corporation | | |
| Invoice No. | : 140048871 | Invoice Date | : 8/8/2018 |
| **Total Due** | : **$395.00** | | |

AFTER 9/22/2018  PAY  $454.25

## PAYMENT WITH CREDIT CARD

AMEX    MasterCard    VISA

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140035847 | 2/28/2018 | 261879 |
| **Job Date** | **Case No.** | |
| 2/21/2018 | 416CV01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX 77002

| | | | | | |
|---|---|---|---|---|---|
| Betty Jean Larson *continuation | | | | | |
| Videotape Copy | 2.00 | Clips | @ | 70.00 | 140.00 |
| Video Conversion - CD/DVD/MPEG | | | | 30.00 | 30.00 |
| Videotape Delivery | | | | 15.00 | 15.00 |

**TOTAL DUE >>>**                                                              **$185.00**
AFTER 4/14/2018  PAY                                                       $212.75

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting its unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                    Phone: 713-292-5604   Fax:713-292-0151

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips LLP
910 Louisiana Street
Suite 4000
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 261879 | BU ID | : 1-HOU | |
| Case No. | : 416CV01549 | | | |
| Case Name | : Sherry Shelby v. Boxer Property Management Corporation | | | |
| Invoice No. | : 140035847 | Invoice Date | : 2/28/2018 | |
| **Total Due** | **: $185.00** | | | |

AFTER 4/14/2018  PAY  $212.75

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
                   **P.O. Box 4772-14**
                   **Houston, TX  77210-4772**

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140035498 | 2/27/2018 | 261802 |
| **Job Date** | **Case No.** | |
| 2/20/2018 | 416CV01549 | |
| **Case Name** | | |
| Sherry Shelby v. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Baker Botts
910 Louisiana Street
Suite 3000
Houston, TX  77002-4995

| Betty Jean Larson *Video | | | | |
|---|---|---|---|---|
| Videotape Copy | 2.00  Clips | @ | 70.00 | 140.00 |
| Video Conversion - CD/DVD/MPEG | | | 30.00 | 30.00 |
| Videotape Delivery | | | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$185.00** |
| | AFTER 4/13/2018  PAY | | | $212.75 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$185.00** |

Approved: _[signature]_

Tax ID: 76-0523238

Phone: 713-229-1234   Fax:713-229-1522

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Baker Botts
910 Louisiana Street
Suite 3000
Houston, TX  77002-4995

| Invoice No. | : | 140035498 |
|---|---|---|
| Invoice Date | : | 2/27/2018 |
| **Total Due** | : | **$185.00** |

| Job No. | : | 261802 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 416CV01549 |
| Case Name | : | Sherry Shelby v. Boxer Property Management Corporation |

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX  77210-4772**

# INVOICE



**888-893-3767 / Reporting**
**713-460-2525 / Fax**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 482139 | 4/19/2018 | 358180 |
| **Job Date** | **Case No.** | |
| 4/5/2018 | 4:16-CV-01549 | |
| **Case Name** | | |
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

Charges for Original Video Services for the Deposition of:

Rodney Hale (video)       615.00

| | |
|---|---|
| TOTAL DUE >>> | **$615.00** |
| AFTER 5/19/2018 PAY | $624.23 |

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **615.00** |

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 358180 | BU ID | : HOU-V |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 482139 | Invoice Date | : 4/19/2018 |
| **Total Due** | : **$615.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:       Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Lexitas**
         **P.O. Box 4227**
         **Houston, TX 77210-4227**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 481699 | 4/24/2018 | 357945 |

| Job Date | Case No. | |
|---|---|---|
| 4/3/2018 | 4:16-CV-01549 | |

| Case Name | | |
|---|---|---|
| Sherry Shelby, et al vs. Boxer Property Management Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**888-893-3767 / Reporting**
**713-460-2525 / Fax**

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

---

Charges for Original Video Services for the Deposition of:

Sherry Renee Shelby (video)                                                                            1,945.00

**TOTAL DUE >>>**                        **$1,945.00**
AFTER 5/24/2018  PAY                   $1,974.18

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE
DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,945.00 |

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

| Job No. | : 357945 | BU ID | : HOU-V |
|---|---|---|---|
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 481699 | Invoice Date | : 4/24/2018 |
| Total Due | : $1,945.00 | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Lexitas**
**P.O. Box 4227**
**Houston, TX  77210-4227**

# INVOICE



**LEXITAS**™

888-893-3767 / Reporting
713-460-2525 / Fax

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 485051 | 5/15/2018 | 360111 |

| Job Date | Case No. |
|---|---|
| 4/26/2018 | 4:16-CV-01549 |

| Case Name |
|---|
| Sherry Shelby, et al vs. Boxer Property Management Corporation |

| Payment Terms |
|---|
| Due upon receipt |

---

Charges for Original Video Services for the Deposition of:

Lauren Nichole Shepperd (video)

| | | | | |
|---|---|---|---|---|
| Houston Video/On-site Hours | 4.50 | @ | 120.00 | 540.00 |
| Houston Vid/DVT | 3.00 | @ | 140.00 | 420.00 |
| Houston Video/Digital Master | 3.00 | @ | 20.00 | 60.00 |
| Houston Video/Archive Support | | | 10.00 | 10.00 |
| Houston/Pocket Transcript USB Drive with Video | | | 65.00 | 65.00 |
| Delivery Shipping & Handling Fee | | | 20.00 | 20.00 |

**TOTAL DUE >>>**                                       **$1,115.00**
AFTER 6/14/2018  PAY                                    $1,131.73

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**(-) Payments/Credits:**                                   0.00

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Teresa Valderrama
Fisher & Phillips, LLP
910 Louisiana, Suite 4000 One Shell Plaza
Houston, TX  77002

| | | | |
|---|---|---|---|
| Job No. | : 360111 | BU ID | : HOU-V |
| Case No. | : 4:16-CV-01549 | | |
| Case Name | : Sherry Shelby, et al vs. Boxer Property Management Corporation | | |
| Invoice No. | : 485051 | Invoice Date | : 5/15/2018 |
| **Total Due** | **: $1,115.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                         Phone#:

Billing Address:

Zip:                         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Lexitas**
             **P.O. Box 4227**
             **Houston, TX  77210-4227**

**Laura Wells, CSR**
Make Payment to:
515 Rusk Street, Room 8004
Houston, TX 77002

**In The United States District Court
for the
Southern District of Texas**

**Date** 5/2/2019

**Invoice No.** 19-1697

**Case No.** 4:16-CV-01549

**Bill To**

Ms. Teresa S. Valderrama
Fisher & Phillips, LLP
910 Louisiana Street
Suite 4000
Houston, Texas 77002

| Plantiff | |
|---|---|
| | Sherry Shelby |
| **VS** | |
| Defendant | |
| | Boxer Property |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| CIVIL REALTIME O... | 298 | Realtime and Rough Transcript in the above-styled cause held on April 8, 2019 | 3.05 | 908.90 |
| CIVIL REALTIME O... | 62 | Realtime and Rough Transcript in the above-styled cause held on April 9, 2019 | 3.05 | 189.10 |
| CIVIL REALTIME O... | 271 | Realtime and Rough Transcript in the above-styled cause held on April 22, 2019 | 3.05 | 826.55 |
| CIVIL REALTIME O... | 301 | Realtime and Rough Transcript in the above-styled cause held on April 23, 2019 | 3.05 | 918.05 |
| CIVIL REALTIME O... | 245 | Realtime and Rough Transcript in the above-styled cause held on April 24, 2019 | 3.05 | 747.25 |
| CIVIL REALTIME O... | 162 | Realtime and Rough Transcript in the above-styled cause held on April 25, 2019 | 3.05 | 494.10 |
| CIVIL REALTIME O... | 242 | Realtime and Rough Transcript in the above-styled cause held on April 26, 2019 | 3.05 | 738.10 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

| | |
|---|---|
| **Total** | $4,822.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,822.05 |

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Signature of Official Court Reporter:_____ Laura Wells, Official Reporter          **Date**  **5/2/2019**

**Laura Wells**
Make Payment to:
515 Rusk Street, Room 8004
Houston, TX 77002
EIN 75-2518103

**In The United States District Court
for the
Southern District of Texas**

**Date** 6/20/2019

**Invoice No.** 19-1697A

**Case No.** 4:16-CV-1549

| Bill To |
|---|
| Ms. Teresa S. Valderrama
Fisher & Phillips
910 Louisiana Street
Suite 4000
Houston, Texas 77002 |

Plantiff

Shelby

**VS**

Defendant

Boxer

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| CIVIL 30 DAY ORIG... | 272 | Reporter's transcript of Bench Trial in the above-styled cause held on April 8, 2019 before Honorable Keith P. Ellison | 3.65 | 992.80 |
| CIVIL 30 DAY ORIG... | 57 | Reporter's transcript of Bench Trial in the above-styled cause held on April 9, 2019 before Honorable Keith P. Ellison | 3.65 | 208.05 |
| CIVIL 30 DAY ORIG... | 245 | Reporter's transcript of Bench Trial in the above-styled cause held on April 22, 2019 before Honorable Keith P. Ellison | 3.65 | 894.25 |
| CIVIL 30 DAY ORIG... | 210 | Reporter's transcript of Bench Trial in the above-styled cause held on April 23, 2019 before Honorable Keith P. Ellison | 3.65 | 766.50 |
| CIVIL 30 DAY ORIG... | 222 | Reporter's transcript of Bench Trial in the above-styled cause held on April 24, 2019 before Honorable Keith P. Ellison | 3.65 | 810.30 |
| CIVIL 30 DAY ORIG... | 148 | Reporter's transcript of Bench Trial in the above-styled cause held on April 25, 2019 before Honorable Keith P. Ellison | 3.65 | 540.20 |

**ADDITIONAL INFORMATION**
**Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.**

Total

**Payments/Credits**

**Balance Due**

| CERTIFICATION |
|---|
| I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Signature of Official Court Reporter:_____ Laura Wells, Official Reporter_____ Date 6/20/2019 |

**Laura Wells**
Make Payment to:
515 Rusk Street, Room 8004
Houston, TX 77002
EIN 75-2518103

**In The United States District Court
for the
Southern District of Texas**

**Date** 6/20/2019

**Invoice No.** 19-1697A

**Case No.** 4:16-CV-1549



| Bill To |
| --- |
| Ms. Teresa S. Valderrama |
| Fisher & Phillips |
| 910 Louisiana Street |
| Suite 4000 |
| Houston, Texas 77002 |

Plantiff — Shelby

VS

Defendant — Boxer

| Item | Qty | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| CIVIL 30 DAY ORIG... | 221 | Reporter's transcript of Bench Trial in the above-styled cause held on April 26, 2019 before Honorable Keith P. Ellison | 3.65 | 806.65 |
| CIVIL 30 DAY ORIG... | 103 | Reporter's transcript of Bench Trial in the above-styled cause held on May 15, 2019 before Honorable | 3.65 | 375.95 |

**ADDITIONAL INFORMATION**
**Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.**

| | |
| --- | --- |
| **Total** | $5,394.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,394.70 |

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Signature of Official Court Reporter:_____ Laura Wells, Official Reporter _____ **Date** 6/20/2019

# LEXITAS™

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

**Invoice - 633648**
Federal Tax ID  47-2852736
Invoice Date: 07/09/2018
**Invoice Due: 07/29/2018**

**Cause No. 4:16-cv-01549 | HOUSTON**
SHERRY SHELBY

FISHER & PHILLIPS, LLP
TERESA VALDERRAMA
910 LOUISIANA STREET
SUITE 4000
HOUSTON, TX 77002

- VS -

BOXER PROPERTY MANAGEMENT CORPORATION

| | | |
|---|---|---|
| Deliver To : **TERESA VALDERRAMA** | | Your File No: |
| Pertaining To : **CELL PHONE RECORDS** | Claim No : | Our File No : **576523** |

Our Services Ordered By :
FISHER & PHILLIPS, LLP
TERESA VALDERRAMA
910 LOUISIANA STREET
SUITE 4000
HOUSTON, TX 77002

Location:
AT&T
11760 US HWY 1
ATTN:  CUSTODIAN OF RECORDS
NORTH PALM BEACH, NJ 33408

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Client Copy - Per Page | 6,768 | $0.15 | $1,015.20 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| Prepaid Expenses | 1 | $126.00 | $126.00 |
| Witness Fee | 1 | $10.00 | $10.00 |
| Electronic Copy | 1 | $10.00 | $10.00 |
| **Invoice Totals** | | | **$1,236.20** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

| | | | |
|---|---|---|---|
| ____ Visa | Card Number | _____ | Expiration _____ |
| ____ Mastercard | Invoices | Invoice - 633648 | |
| ____ AMEX | Signature | _____ | Date _____ |

# LEXITAS

**Invoice - 630607**

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

ENTERED

ᴇɴᴛᴇʀᴇᴅ

Federal Tax ID 47-2852736
Invoice Date 06/20/2018
Account 23675-

**Invoice Due On Receipt**

**Cause No. 4:16-cv-01549 | HOUSTON**
SHERRY SHELBY

FISHER & PHILLIPS, LLP
TERESA VALDERRAMA
910 LOUISIANA STREET
SUITE 4000
HOUSTON, TX 77002

- VS -

BOXER PROPERTY MANAGEMENT CORPORATION

Deliver To : **KIM DONOVAN**
Pertaining To : **SYDNEY HOYER**

Claim No :

**Your File No:**
Our File No : **576601**

Our Services Ordered By :
FISHER & PHILLIPS, LLP
TERESA VALDERRAMA
910 LOUISIANA STREET
SUITE 4000
HOUSTON, TX 77002

Location :
THE IMANI SCHOOL
ATTN: REGISTRAR
12401 SOUTH POST OAK ROAD
HOUSTON, TX 77045

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $65.00 | $65.00 |
| Client Copy - Per Page | 61 | $0.00 | $0.00 |
| Court Copy - Per Page | 61 | $0.50 | $30.50 |
| Notice Attorneys of Record | 1 | $10.00 | $10.00 |
| Prepaid Expenses | 1 | $25.94 | $25.94 |
| Witness Fee | 1 | $40.00 | $40.00 |
| **Invoice Totals** | | | **$171.44** |

**PLEASE NOTE:**
We have changed our name from America First to Lexitas,
the same amazing people, providing the same outstanding services.

***There is no change to our Tax ID# or our remittance address, this is a name change only so
please update your records accordingly***

**REMITTANCE – PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**

Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
For your convenience, you may also provide the requested information on a separate sheet.

**Want to pay online?**
**www.lexitaslegal.com/bill-pay**

# Fees for Exemplification and Costs of Making Copies

# rh Robert Half®

# Invoice

Remit To:
P.O. Box 743295
Los Angeles, CA 90074-3295
Robert Half Legal

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 23729 |

Fed Tax ID: 94-1648752

| Bill To | Kathy Becktell |
|---------|----------------|

Fisher Phillips
910 Louisiana, Suite 4000
Houston, TX 77002

| CLIENT REF# | PAYMENT TERMS | REP | DELIVERED | ORDERED BY | JOB # |
|-------------|---------------|-----|-----------|------------|-------|
| Shelby vs Boxer Property | Net 30 | BS | 04/10/2019 | Kathy Becktell | HNDT1904_014 |

| QUANTITY | DESCRIPTION | U/M | PRICE EACH | AMOUNT |
|----------|-------------|-----|------------|--------|
| 20,451 | Printing:Images 8.5x11/8.5x14-BW (Assembled) 8.5x11 BW Prints from TIF/JPG/PDF | | 0.08 | 1,636.08T |
| 2,298 | Printing:Images 8.5x11-Color 8.5x11 Color Prints from TIF/JPG/PDF | | 0.50 | 1,149.00T |
| 18 | Finishing/Supplies:Binders:Black Clearview 3" Black Clearview Binders 3 | | 12.00 | 216.00T |
| 182 | Finishing/Supplies:Folders:Manila Custom 11" Custom 11 | | 1.45 | 263.90T |
| 34 | Finishing/Supplies:Redwelds-Custom 11" 11 | | 3.00 | 102.00T |
| 978 | Finishing/Supplies:Tabs-Preprinted Preprinted Tabs | | 0.25 | 244.50T |
| 1 | Data Processing:Media:Flash Drive Duplication (16GB) Copy Flash Drive | Media | 25.00 | 25.00T |
| 0.5 | Data Processing:Tech-Time:Data Manipulation Technical Time Spent Manipulating Data Created new custom stamp without numbering and stamped 30 docs | hr | 150.00 | 75.00T |
| 1 | Data Processing:Tech-Time:Other HNDT1904_014 | Fisher Phillips | Shelby vs Boxer Property | print x6 in custom folders and redwelds Exh. 098 – Exh. 112 Description: Endorse Exhbits with Trial Director Branding (Replacement Exhibits) | hr | 150.00 | 150.00T |

| | | |
|---|---|---|
| Please Note Remittance Has Changed: Mail Checks To: Robert Half Legal P.O. Box 743295  Los Angeles, CA 90074-3295 | **Payments/Credits** | |
| Robert Half Legal Branch Office Location: 801 Travis Suite #1310 Houston, TX 77002 For Questions Regarding this invoice please call 866-975-7100 | **Sales Tax (8.25%)** | |
| | **Total** | |
| *20% of the sale is tax exempt | **Balance Due** | |

# **rh** Robert Half®

# Invoice

Remit To:
P.O. Box 743295
Los Angeles, CA 90074-3295
Robert Half Legal

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 23729 |

Fed Tax ID: 94-1648752

| Bill To | Kathy Becktell |
|---------|----------------|

Fisher Phillips
910 Louisiana, Suite 4000
Houston, TX 77002

| CLIENT REF# | PAYMENT TERMS | REP | DELIVERED | ORDERED BY | JOB # |
|-------------|---------------|-----|-----------|------------|-------|
| Shelby vs Boxer Property | Net 30 | BS | 04/10/2019 | Kathy Becktell | HNDT1904_014 |

| QUANTITY | DESCRIPTION | U/M | PRICE EACH | AMOUNT |
|----------|-------------|-----|------------|--------|
| | Order date 04/06/2019 | | | |
| | Print x6 | | | |
| 250 | Goodwill Credit to the Client | | -1.00 | -250.00T |
| | Subtotal | | | 3,611.48 |
| | *Percentage Non Taxable | | -20.00% | -722.30 |
| 722.3 | Non Taxable Amount | | 1.00 | 722.30 |

| | | |
|---|---|---|
| Please Note Remittance Has Changed:<br>Mail Checks To: Robert Half Legal<br>P.O. Box 743295 Los Angeles, CA 90074-3295 | **Payments/Credits** | $0.00 |
| Robert Half Legal Branch Office Location:<br>801 Travis Suite #1310 Houston, TX 77002<br>For Questions Regarding this invoice please call 866-975-7100 | **Sales Tax (8.25%)** | $238.35 |
| | **Total** | $3,849.83 |
| *20% of the sale is tax exempt | **Balance Due** | $3,849.83 |

# rh Robert Half®

**Invoice**

Remit To:
P.O. Box 743295
Los Angeles, CA 90074-3295
Robert Half Legal

| Date | Invoice # |
|------|-----------|
| 8/31/2018 | 23518 |

Fed Tax ID: 94-1648752

| Bill To | Kathy Becktell |
|---------|----------------|
| Fisher Phillips<br>910 Louisiana, Suite 4000<br>Houston, TX 77002 | |

| CLIENT REF# | PAYMENT TERMS | REP | DELIVERED | ORDERED BY | JOB # |
|-------------|---------------|-----|-----------|------------|-------|
| 40909.0005 | Net 30 | BS | 09/04/2018 | Kathy Becktell | HNDT1808_031 |

| QUANTITY | DESCRIPTION | U/M | PRICE EACH | AMOUNT |
|----------|-------------|-----|------------|--------|
| 1,208 | Printing:Images 8.5x11-Color<br>8.5x11 Color Prints from TIF/JPG/PDF | | 0.50 | 604.00T |
| 86 | Finishing/Supplies:Tabs-Preprinted<br>Preprinted Tabs<br>Order Date 08/31/2018<br>Print x1 | | 0.25 | 21.50T |
| | Subtotal | | | 625.50 |
| | *Percentage Non Taxable | | -20.00% | -125.10 |
| 125.1 | Non Taxable Amount | | 1.00 | 125.10 |

| Please Note Remittance Has Changed:<br>Mail Checks To: Robert Half Legal<br>P.O. Box 743295  Los Angeles, CA 90074-3295 | Payments/Credits | $0.00 |
|---|---|---|
| Robert Half Legal Branch Office Location:<br>801 Travis Suite #1310 Houston, TX 77002<br>For Questions Regarding this invoice please call 866-975-7100 | Sales Tax (8.25%) | $41.28 |
| | Total | $666.78 |
| *20% of the sale is tax exempt | Balance Due | $666.78 |

## Check Requisition

Attach invoice, <u>original</u> receipts or other proof of payment.

Date of Requisition: ___9/6/2018___          Amount: ___$ 666.78___

Date Needed: ___9/30/2018___     Requesting Atty Name & # ___1832 Teresa Valderrama___

Payee ___Robert Half___

Check Information/Purpose ___Copying documents___

☐ Charge to Client: _____ C/M # _____ . _____

☐ Bill and hold for client payment (vendor will not be paid until client pays disbursement.)

Matter Name: _____

☒ Charge to Firm:

    ☐ Promotional Expense Charge _____% to Pre-Bill of Partner _____
    Must be approved by Regional Office Manager, Development Committee Chair, or
    Management Committee – attach e-mails if signature not present ☐ OM Log

    ☐ Use Attorney CLE Allowance (excess above allowance will be placed on attorney pre-bill)

    ☒ Other Firm - ___Copies sent to vendor due to Canon being down.___

Notes: ___Copying briefs and exhibits for Judge that could not be done in F&P office.___

☒ Mail to Payee or ☐ Return to _____

Request Prepared By : ___Kathy Becktell___     Approved By: ___Linda Perez___

----------------------------------------------------------------

**Accounting Use Only:**          Received: [          ]

G/L # _____ $ _____

G/L # _____ $ _____

Office/Department _____

Approval: _____

----------------------------------------------------------------

Instructions:
1. Complete all fields, including the requesting attorney. Include preparer if different than requesting attorney.
2. Partner approval is required for all client charges. Firm guidelines require expenses to be paid directly by client unless unavoidable.
3. Check appropriate box if a firm expense is promotional or should be charged to an attorney's CLE allowance.
4. Promotional expenses require approval as indicated. Attach e-mails if signature not available. Regional offices are required to track promotional expenses. Assure Office Manager is informed before sending request to Accounting.
5. Other firm expenses require appropriate management approval (MC, COO, ROM, Office Manager, Department Head).
6. Note: Check requisitions are recommended, but not required if appropriate information is included on a vendor invoice.

# rh Robert Half®

# Invoice

Remit To:
P.O. Box 743295
Los Angeles, CA 90074-3295
Robert Half Legal

| Date | Invoice # |
|------|-----------|
| 3/31/2019 | 23725 |

Fed Tax ID: 94-1648752

| Bill To | Kathy Becktell |
|---------|----------------|

Fisher Phillips
910 Louisiana, Suite 4000
Houston, TX 77002

| CLIENT REF# | PAYMENT TERMS | REP | DELIVERED | ORDERED BY | JOB # |
|-------------|---------------|-----|-----------|------------|-------|
| Shelby vs Boxer Property | Net 30 | BS | 04/05/2019 | Kathy Becktell | HNDT1903_035 |

| QUANTITY | DESCRIPTION | U/M | PRICE EACH | AMOUNT |
|----------|-------------|-----|------------|--------|
| 55,192 | Printing:Images 8.5x11/8.5x14-BW (Assembled) 8.5x11 BW Prints from TIF/JPG/PDF | | 0.08 | 4,415.36T |
| 4,466 | Printing:Images 8.5x11-Color 8.5x11 Color Prints from TIF/JPG/PDF | | 0.50 | 2,233.00T |
| 19 | Finishing/Supplies:Binders:Black Clearview 2" Black Clearview Binders 2 | | 10.00 | 190.00T |
| 58 | Finishing/Supplies:Binders:Black Clearview 3" Black Clearview Binders 3 | | 12.00 | 696.00T |
| 679 | Finishing/Supplies:Tabs-Preprinted Preprinted Tabs | | 0.25 | 169.75T |
| 2 | Data Processing:Media:Flash Drive Duplication (16GB) Copy Flash Drive | Media | 25.00 | 50.00T |
| 2 | Data Processing:Tech-Time:Data Manipulation HNDT1903_035 l Fisher Phillips l Fisher Phillips l Heads Up Info for Exhibit Preparation Description: Apply Custom Exhibit Stamp to Exhibits | hr | 150.00 | 300.00T |
| 1.34 | Data Processing:Tech-Time:Other HNDT1903_035 l Fisher Phillips l Fisher Phillips l Heads Up Info for Exhibit Preparation Description: Resize jpg files to Letter HNDT1903_035 l Fisher Phillips l Fisher Phillips l Heads Up Info for Exhibit Preparation Description: Convert jpg files to PDF | hr | 150.00 | 201.00T |

| Please Note Remittance Has Changed: Mail Checks To: Robert Half Legal P.O. Box 743295  Los Angeles, CA 90074-3295 | Payments/Credits | |
|---|---|---|
| Robert Half Legal Branch Office Location: 801 Travis Suite #1310 Houston, TX 77002 For Questions Regarding this invoice please call 866-975-7100 | Sales Tax (8.25%) | |
| | Total | |
| *20% of the sale is tax exempt | Balance Due | |

# rh Robert Half®

Remit To:
P.O. Box 743295
Los Angeles, CA 90074-3295
Robert Half Legal

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2019 | 23725 |

Fed Tax ID: 94-1648752

| Bill To | Kathy Becktell |
|---------|----------------|

Fisher Phillips
910 Louisiana, Suite 4000
Houston, TX 77002

| CLIENT REF# | PAYMENT TERMS | REP | DELIVERED | ORDERED BY | JOB # |
|-------------|---------------|-----|-----------|------------|-------|
| Shelby vs Boxer Property | Net 30 | BS | 04/05/2019 | Kathy Becktell | HNDT1903_035 |

| QUANTITY | DESCRIPTION | U/M | PRICE EACH | AMOUNT |
|----------|-------------|-----|------------|--------|
|  | HNDT1903_035 I Fisher Phillips I Fisher Phillips I Heads Up Info for Exhibit Preparation Description: Apply Custom Exhibit Stamp to Exhibits (Replacement Exhibits) HNDT1903_035 I Fisher Phillips I Fisher Phillips I Heads Up Info for Exhibit Preparation Description: Endorse Exhbits with Trial Director Branding (Replacement Exhibits) Order date 04/01/2019 Print x7 |  |  |  |
|  | Subtotal |  |  | 8,255.11 |
|  | *Percentage Non Taxable |  | -20.00% | -1,651.02 |
| 1,651.02 | Non Taxable Amount |  | 1.00 | 1,651.02 |

| | |
|---|---|
| Please Note Remittance Has Changed: Mail Checks To: Robert Half Legal P.O. Box 743295  Los Angeles, CA 90074-3295 | **Payments/Credits** $0.00 |
| Robert Half Legal Branch Office Location: 801 Travis Suite #1310 Houston, TX 77002 For Questions Regarding this invoice please call 866-975-7100 | **Sales Tax (8.25%)** $544.84 |
| | **Total** $8,799.95 |
| *20% of the sale is tax exempt | **Balance Due** $8,799.95 |

# Other Costs



ENTERED MAR 1 4 2017

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD100146
Date 1/31/2017

**STRICTLY CONFIDENTIAL**

Invoice To: Kristina Nelson
Boxer Property Management Corp.
720 N Post Oak Rd
Houston TX 77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 07317 | Net 30 | Shelby Matter | | | | January |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Hosting Tier 1 (GB) | 5.97 | GB | $15.00 | $89.55 |

Legal srcs

ENTITY BPM20    PC
$  95.46    3|6|17
CODE 610120

| | Subtotal | $89.55 |
|---|---|---|
| | Misc | $0.00 |
| | Tax | $5.91 |
| | Delivery | $0.00 |
| | Total | $95.46 |

BPM20

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

ENTERED MAR 2 9 2017

**Invoice**

Page 1/1
Invoice EQD100480
Date 2/28/2017

**STRICTLY CONFIDENTIAL**

Invoice To:    Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | NET 30 | Shelby Matter | | | February |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Hosting Tier 1 (GB) | 5.97 | GB | $15.00 | $89.55 |
| Users Tier 1 | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $239.55 |
| Misc | $0.00 |
| Tax | $15.81 |
| Delivery | $0.00 |
| Total | $255.36 |



ENTITY BPM 20
$ 255.36
CODE 610120
PG 3/29/17

**Bank Information**
Bank Name: Cadence Bank ● Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▓▓▓▓
ACH Routing Number: ▓▓▓▓

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED APR 2 5 2017

# Invoice

1828 L St. NW.
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD100734
Date 3/31/2017

<u>STRICTLY CONFIDENTIAL</u>

Invoice To:  Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | NET 30 | Shelby Matter | | | March |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Hosting Tier 1 (GB) | 6.08 | GB | $15.00 | $91.20 |
| Users Tier 1 | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $241.20 |
| Misc | $0.00 |
| Tax | $15.92 |
| Delivery | $0.00 |
| Total | $257.12 |

ENTITY BPM20
$ 257.12
CODE 610120
PC 4/25/17



**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED MAY 2 5 2017

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD101000
Date 4/30/2017

**STRICTLY CONFIDENTIAL**

Invoice To: Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period | |
|---|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | April | |
| | Description | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Hosting Tier 1 (GB) | | | | 6.08 | GB | $15.00 | $91.20 |
| Users Tier 1 | | | | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $241.20 |
| Misc | $0.00 |
| Tax | $15.92 |
| Delivery | $0.00 |
| Total | $257.12 |



ENTITY BPM81
$ 257.12
CODE 610120

PC
5/25/17

BPM81

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**1828 L St. NW**
**Suite 1070**
**Washington, DC 20036**
**T: 202-822-6222**
**www.consilio.com**

ENTERED JUN 2 0 2017

# Invoice

**Page** 1/1
**Invoice** EQD101208
**Date** 5/31/2017

**STRICTLY CONFIDENTIAL**

**Invoice To:**   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period | |
|---|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | May | |
| Description | | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Hosting Tier 1 (GB) | | | | 6.08 | GB | $15.00 | $91.20 |
| Users Tier 1 | | | | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $241.20 |
| Misc | $0.00 |
| Tax | $15.92 |
| Delivery | $0.00 |
| Total | $257.12 |

ENTITY *BPM81*
$ *257.12*
CODE *610120*

*PC*
*6/19/17*

*Bpm81*

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▮
ACH Routing Number: ▮

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit

ENTERED JUL 1 9 2017



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

> **JOHN RENTZ**
> **RBE/SPL $25,000-EXP/CAP $5,000**
> Date Approved: _7/8/17_

# Invoice

Page 1/1
Invoice EQD101407
Date 6/30/2017

### STRICTLY CONFIDENTIAL

**Invoice To:**   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX  77024-3841
USA

| Customer ID | Payment Terms | Engagement | Service Period |
|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | June |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Hosting Tier 1 (GB) | 6.08 | GB | $15.00 | $91.20 |
| Users Tier 1 | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $241.20 |
| Misc | $0.00 |
| Tax | $15.92 |
| Delivery | $0.00 |
| Total | $257.12 |

BPM81

ENTITY BPM81
$ 257.12   PC
CODE 610120   7/18/17

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**1828 L St. NW**
**Suite 1070**
**Washington, DC 20036**
**T: 202-822-6222**
**www.consilio.com**

ENTERED AUG 1 8 2017

# Invoice

Page 1/1
Invoice EQD101762
Date 7/31/2017

**STRICTLY CONFIDENTIAL**

**Invoice To:**   . Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | July |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Hosting Tier 1 (GB) | 6.08 | GB | $15.00 | $91.20 |
| Users Tier 1 | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $241.20 |
| Misc | $0.00 |
| Tax | $15.92 |
| Delivery | $0.00 |
| Total | $257.12 |



ENTITY BPM 81
$ 25.7.12.
CODE 610120
PG 8/17/17

**Bank Information**
Bank Name: Cadence Bank ● Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

ENTERED SEP 2 1 2017

# Invoice

Page 1/1
Invoice EQD101937
Date 8/31/2017

**STRICTLY CONFIDENTIAL**

Invoice To: Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX 77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period | |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | August | |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 40.85 | GB | $15.00 | $612.75 |
| Project Management Support Services | 3.83 | HOUR | $150.00 | $574.50 |
| User Access Licenses | 2.00 | USER | $75.00 | $150.00 |

Active Hosting

ENTITY BPM81
$ 1,387.59
CODE 610120
E&A 9/17

BPM 81

| | |
|---|---|
| Subtotal | $1,337.25 |
| Misc | $0.00 |
| Tax | $50.34 |
| Delivery | $0.00 |
| Total | $1,387.59 |

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▓▓▓▓
ACH Routing Number: ▓▓▓▓

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

ENTERED NOV 1 4 2017

# Invoice

Page 1/1
Invoice EQD102419
Date 10/31/2017

<u>STRICTLY CONFIDENTIAL</u>

Invoice To:   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | October |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 40.85 | GB | $15.00 | $612.75 |
| Project Management Support Services | 0.33 | HOUR | $150.00 | $49.50 |
| User Access Licenses | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $812.25 |
| Misc | $0.00 |
| Tax | $50.34 |
| Delivery | $0.00 |
| Total | $862.59 |



ENTITY BPM81
$ 862.59  PC
CODE 610120  11/14/17

BPM81

**Bank Information**
Bank Name: Cadence Bank ⚫ Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED DEC 1 9 2017

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD102567
Date 11/30/2017

**STRICTLY CONFIDENTIAL**

Invoice To:  Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX  77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | November |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 40.85 | GB | $15.00 | $612.75 |
| User Access Licenses | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $762.75 |
| Misc | $0.00 |
| Tax | $50.34 |
| Delivery | $0.00 |
| Total | $813.09 |

ENTITY BPM81
$ 813.09
CODE 610120

PC
12/19/17

BPM81

**Bank Information**
Bank Name: Cadence Bank ● Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED JAN 1 9 2018

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD103082
Date 12/31/2017

**STRICTLY CONFIDENTIAL**

Invoice To:  Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX  77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | December |
| Description | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Relativity Monthly Data Hosting | | | 40.85 | GB | $15.00 | $612.75 |
| Project Management Support Services | | | 0.75 | HOUR | $150.00 | $112.50 |
| User Access Licenses | | | 2.00 | USER | $75.00 | $150.00 |

|  |  |
|---|---|
| Subtotal | $875.25 |
| Misc | $0.00 |
| Tax | $50.34 |
| Delivery | $0.00 |
| Total | $925.59 |

BPM81

ENTITY BPM81
$ 925.59   PG
CODE 010120   1/19/18

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED FEB 2 1 2019

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

**Page** 1/1
**Invoice** EQD103219
**Date** 1/31/2018

STRICTLY CONFIDENTIAL

**Invoice To:**   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | January |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 40.85 | GB | $15.00 | $612.75 |
| Project Management Support Services | 0.42 | HOUR | $150.00 | $63.00 |
| User Access Licenses | 4.00 | USER | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $975.75 |
| Misc | $0.00 |
| Tax | $60.24 |
| Delivery | $0.00 |
| Total | $1,035.99 |

ENTITY *BPM81*
$ *1,035.99*
CODE *610120*

*PG*
*2/21/18*   BPM81

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

ENTERED FEB 2 2 2018

# Invoice

**Page** 1/1
**Invoice** EQD102108
**Date** 9/30/2017

**STRICTLY CONFIDENTIAL**

**Invoice To:** Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX  77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | September |
| | | Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Relativity Monthly Data Hosting | | | 40.85 | GB | $15.00 | $612.75 |
| Project Management Support Services | | | 8.42 | HOUR | $150.00 | $1,263.00 |
| User Access Licenses | | | 2.00 | USER | $75.00 | $150.00 |

| | |
|---|---|
| Subtotal | $2,025.75 |
| Misc | $0.00 |
| Tax | $50.34 |
| Delivery | $0.00 |
| Total | $2,076.09 |



ENTITY BPM81
$2,076.09   PC  2/22/18
CODE 610120

BPM 81

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▮▮▮▮
ACH Routing Number: ▮▮▮▮

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED MAR 2 3 2018

**Invoice**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD103470
Date 2/28/2018

**STRICTLY CONFIDENTIAL**

Invoice To:   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | February |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 40.85 | GB | $15.00 | $612.75 |
| User Access Licenses | 4.00 | USER | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $912.75 |
| Misc | $0.00 |
| Tax | $60.24 |
| Delivery | $0.00 |
| Total | $972.99 |



ENTITY BPM81
$ 972.99   PG
CODE 610120   3/22/18



BPM81

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▆▆▆▆
ACH Routing Number: ▆▆▆▆

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED APR 2 3 2018 RS

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD103594
Date 3/31/2018

**STRICTLY CONFIDENTIAL**

Invoice To:     Boxer Property Management Corp.
                Kristina Nelson
                720 N Post Oak Rd
                Houston TX   77024-3841
                USA

| Customer ID | Payment Terms | Engagement | | | Service Period | |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | March | |
| Description | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Relativity Monthly Data Hosting | | | 41.55 | GB | $15.00 | $623.25 |
| Production Services - TIFF & Branding Production BP_001 | | | 22.10 | GB | $225.00 | $4,972.50 |
| All-In Data Processing | | | 10.64 | GB | $195.00 | $2,074.80 |
| Project Management Support Services | | | 9.83 | HOUR | $150.00 | $1,474.50 |
| User Access Licenses | | | 4.00 | USER | $75.00 | $300.00 |



ENTITY BPM81
$ 9,971.11
CODE 610120
PC 4/21/18

| | |
|---|---|
| Subtotal | $9,445.05 |
| Misc | $0.00 |
| Tax | $526.06 |
| Delivery | $0.00 |
| Total | $9,971.11 |

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED JUN 1 2 2018 ²⁵

**Invoice**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD103718
Date 4/30/2018

<u>STRICTLY CONFIDENTIAL</u>

Invoice To:      Boxer Property Management Corp.
                 Kristina Nelson
                 720 N Post Oak Rd
                 Houston TX   77024-3841
                 USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 07317 | 30 Days from Receipt | Shelby Matter | | | | April |
| Description | | Quantity | Unit of Measure | Unit Price | Ext. Price | |
| Active Relativity Monthly Data Hosting | | 236.92 | GB | $15.00 | $3,553.80 | |
| Production Services · TIFF & Branding<br>Production 8P_002 | | 380,641.00 | IMAGE | $0.03 | $11,419.23 | |
| HARD DRIVE<br>Media Drive · Production 8P_002 | ENTITY BPM20<br>$17,249.95 PG<br>CODE 610120 4/12/18 | 1.00 | Drive | $40.00 | $40.00 | |
| Project Related Expense Reimbursement / Pass-Through<br>Shipping · Production BP_002 | | 1.00 | Each | $13.38 | $13.38 | |
| Project Management Support Services | | 6.08 | HOUR | $150.00 | $912.00 | |
| User Access Licenses | | 4.00 | USER | $75.00 | $300.00 | |

PPmab

| | |
|---|---|
| Subtotal | $16,238.41 |
| Misc | $0.00 |
| Tax | $1,011.54 |
| Delivery | $0.00 |
| Total | $17,249.95 |

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

ENTERED JUN 1 4 2018

**Invoice**

JOHN RENTZ
TI/B1          $50,000
ALL OTHER   $100,000
APPROVAL DATE: 6/14/18

Page 1/1
Invoice EQD103828
Date 5/31/2018

**STRICTLY CONFIDENTIAL**

Invoice To:    Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | May |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 268.85 | GB | $15.00 | $4,032.75 |
| Production Services - TIFF & Branding Production BP_003 | 194,976.00 | IMAGE | $0.03 | $5,849.28 |
| All-In Data Processing | 11.37 | GB | $195.00 | $2,217.15 |
| Project Management Support Services | 6.92 | HOUR | $150.00 | $1,038.00 |
| User Access Licenses | 4.00 | USER | $75.00 | $300.00 |

ENTITY BPM 20   PG
$ 14,255.53   6/14/18
CODE 610120

| | |
|---|---|
| Subtotal | $13,437.18 |
| Misc | $0.00 |
| Tax | $818.35 |
| Delivery | $0.00 |
| Total | $14,255.53 |

BPM 20
(Shelby)

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit

ENTERED JUL 1 7 2018



**EQD**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

# Invoice

Page 1/1
Invoice EQD103935
Date 6/30/2018

STRICTLY CONFIDENTIAL

Invoice To:    Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | | June |
| Description | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Active Relativity Monthly Data Hosting | | | 268.85 | GB | $15.00 | $4,032.75 |
| User Access Licenses | | | 4.00 | User | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $4,332.75 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $4,618.71 |

ENTITY Bpm 20
$ 4,618.71
CODE 010170
Ed 7/17/18

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit

ENTERED AUG 2 0 2018

# EQD

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

# Invoice

**Page 1/1**
**Invoice EQD104230**
**Date 7/31/2018**

**STRICTLY CONFIDENTIAL**

Invoice To:   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX    77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 268.85 | GB | $15.00 | $4,032.75 |
| Project Management Support Services | 1.17 | HOUR | $150.00 | $175.50 |
| User Access Licenses | 4.00 | User | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $4,508.25 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $4,794.21 |

ENTITY Bpm 20
$ 4,794. 21
CODE 410120
EA  8/17/18



Bpm 20   DK 20

## Bank Information
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED SEP 1 7 2018

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD104417
Date 8/31/2018

**STRICTLY CONFIDENTIAL**

Invoice To:     Boxer Property Management Corp.
                Kristina Nelson
                720 N Post Oak Rd
                Houston TX   77024-3841
                USA

| Customer ID | Payment Terms | Engagement | Service Period |
|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | August |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Active Relativity Monthly Data Hosting | 268.85 | GB | $15.00 | $4,032.75 |
| User Access Licenses | 4.00 | User | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $4,332.75 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $4,618.71 |



Entity Bpm 20
$ 4,618.71
Code 101120
9/17/18

**Bank Information**
Bank Name: Cadence Bank ● Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED OCT 2 6 2018

**Invoice**

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD104510
Date 9/30/2018

**STRICTLY CONFIDENTIAL**

Invoice To: Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX 77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | September |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Project Management Support Services | 0.75 | HOUR | $150.00 | $112.50 |
| Active Relativity Monthly Data Hosting | 268.85 | GB | $15.00 | $4,032.75 |
| User Access Licenses | 4.00 | User | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $4,445.25 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $4,731.21 |

Entity Bpm 20

$ 4,731.21

Code 610120

EA 10/26/18

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED FEB 1 9 2019

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD104871
Date 10/31/2018

**STRICTLY CONFIDENTIAL**

**Invoice To:**   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period |
|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | October |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Project Management Support Services | 2.00 | HOUR | $150.00 | $300.00 |
| Project Management Support Services<br>Worklog Service Line: Operations | 2.58 | HOUR | $150.00 | $387.00 |
| HARD DRIVE<br>1TB Hard Drive | 1.00 | Each | $200.00 | $200.00 |

| | |
|---|---|
| Subtotal | $887.00 |
| Misc | $0.00 |
| Tax | $13.20 |
| Delivery | $0.00 |
| Total | $900.20 |

Entity BPM 20
$ 900.20
Code 610 120

BPM 20
DE to pay
Shelby

**Bank Information**
Bank Name: Cadence Bank ∗ Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

# Invoice

ENTERED APR 2 9 2019 

Page 1/1
Invoice EQD105216
Date 3/31/2019

**STRICTLY CONFIDENTIAL**

**Invoice To:**   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | Service Period | |
|---|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | March | |
| Description | | | Quantity | Unit of Measure | Unit Price | Ext. Price |
| Project Management Support Services | | | 6.92 | HOUR | $150.00 | $1,038.00 |
| User Access Licenses | | | 4.00 | User | $75.00 | $300.00 |
| Active Relativity Monthly Data Hosting | | | 268.85 | GB | $15.00 | $4,032.75 |

| | |
|---|---|
| Subtotal | $5,370.75 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $5,656.71 |



ENTITY BPM20
$ 5,656,71
CODE 610120   PG
4/26/19

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ▮▮▮▮
ACH Routing Number: ▮▮▮▮

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



ENTERED MAY 2 4 2019 *RS*

# Invoice

1828 L St. NW
Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com

Page 1/1
Invoice EQD105267
Date 4/30/2019

**STRICTLY CONFIDENTIAL**

Invoice To:   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston TX   77024-3841
USA

| Customer ID | Payment Terms | Engagement | | | | Service Period |
|---|---|---|---|---|---|---|
| 107317 | 30 Days from Receipt | Shelby Matter | | | | April |

| Description | Quantity | Unit of Measure | Unit Price | Ext. Price |
|---|---|---|---|---|
| Project Management Support Services | 0.33 | HOUR | $150.00 | $49.50 |
| Active Relativity Monthly Data Hosting | 268.85 | GB | $15.00 | $4,032.75 |
| User Access Licenses | 4.00 | User | $75.00 | $300.00 |

| | |
|---|---|
| Subtotal | $4,382.25 |
| Misc | $0.00 |
| Tax | $285.96 |
| Delivery | $0.00 |
| Total | $4,668.21 |



ENTITY BPM20
$4,668.21
CODE 610120

**Bank Information**
Bank Name: Cadence Bank • Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number:
ACH Routing Number:

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit



1828 L Street, NW, Suite 1070
Washington, DC 20036
202-822-6222

ENTERED NOV 2⊘ 2019   ⊘

# Invoice

<u>STRICTLY CONFIDENTIAL</u>

| Invoice Date | Invoice Number |
|---|---|
| 5/31/19 | EQD105328 |

Invoice To:   Boxer Property Management Corp.
Kristina Nelson
720 N Post Oak Rd
Houston, TX 77024-3B41
USA

| Customer No. | Engagement Name | | | Service Period | Payment Terms |
|---|---|---|---|---|---|
| 107317 | Shelby Matter | | | May | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Project Management Support Services | 1.25 | HOUR | $150.00 | $187.50 |

| | | |
|---|---|---|
| | Subtotal | $187.50 |
| | Misc | $0.00 |
| | Tax | $0.00 |
| | Delivery | $0.00 |
| | Total | $187.50 |

**Bank Information**

Bank Name: Cadence Bank
Account Name: MEGEL LLC, DBA EQUIVALENT DATA LLC
Account Number: ███   ●   Routing Number: ███

For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number to ensure proper credit.

ENTITY BPM20   PG
$ 187.50      11/27/1⊘
CODE 610120